**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000440
29-SEP-2022
08:22 AM
Dkt. 23 ODSD**

NO. CAAP-21-0000440

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
MARTHA RIVERA UBILLUS, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1FFC-18-0000893)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Nakasone and Chan, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before July 5, 2022, and August 1, 2022, respectively;

(2) Self-represented Defendant-Appellant Martha Rivera Ubillus (Ubillus) failed to file either document, or request an extension of time;

(3) On August 3, 2022, the appellate clerk entered a default notice informing Ubillus that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on August 15, 2022, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Ubillus could request relief from default by motion; and

(4) Ubillus has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 29, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge